[No. 3,120.]

## C. H. HANCOCK AND JOHN KELSO v. JAMES BOWMAN AND WM. BOFER.

LIEN FOR STREET ASSESSMENT.—A lien for a street assessment in San Francisco cannot be enforced without making all the owners of the property defendants, and serving them all with summons.

ATTORNEY'S NAME ATTACHED TO COMPLAINT.—A judgment is not void or erroneous, because the name of the plaintiff's attorney attached to the complaint is printed, instead of being written.

APPEAL from the District Court, Twelfth Judicial District, City and County of San Francisco.

Action to enforce a lien for work done in improving a street in San Francisco, commenced August 1, 1870. The resolution of intention to improve the street was passed May 3, 1869. The name of the plaintiff's attorney was printed at the bottom of the complaint instead of being written, and the complaint was printed, except blanks, in which there was writing. The defendants moved the Court to strike out the judgment-roll, because the name of the plaintiff's attorney was not written, but printed at the end of the complaint, and because the judgment was against

both defendants, while only one of them was served with summons. The Court below denied the motion. The defendants appealed.

The other facts are stated in the opinion.

*James B. Townsend*, for the Appellants.

*Parker & Roche*, for the Respondents.

By the Court, McKINSTRY, J.:

The complaint alleges that both defendants are owners of the lot against which it is sought to enforce the assessment. The default of Bowman was entered, but the summons was never served on Bofer, nor was there any attempt to take his default. Yet the decree provides for the sale of the lot, and that both defendants—and all persons claiming under them—be forever barred and foreclosed from asserting any right or title in the premises, etc. The statute gives no authority for a decree enforcing the lien, in the absence of Bofer, one of the parties in interest. (*People* v. *Doe,* 48 Cal. 560.)

The motion to "strike out" the judgment-roll was properly denied.

Judgment reversed and cause remanded for further proceedings.

Mr. Justice RHODES did not express an opinion.